In the Matter of Mary L. Souter, Petitioner, against New York State Liquor Authority, Respondent.— Determination confirmed, without costs. All concur. (Review of the action of the State Liquor Authority revoking petitioner's retail liquor license, which proceeding was transferred to the Appellate Division for determination by order of Erie Special Term.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

The People of the State of New York, Respondent, v. Lionel E. Thomas, Appellant.— Judgment of conviction reversed on the law and facts and a new trial granted. Memorandum: During the charge to the jury, the court referred on several occasions to the statements given by appellant as confessions. A reading of those statements indicates that they were in no sense an admission by appellant of the crime of burglary, third degree. We feel that the characterization of such statements as confessions constituted error which deprived appellant of a fair and impartial trial. (See *People* v. *Doria*, 281 App. Div. 918.) All concur. (Appeal from a judgment convicting defendant of the crime of burglary, third degree.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

In the Matter of the Intermediate Accounting of Security Trust Company of Rochester, as Executor of William P. Barrows, Deceased, Respondent. [204 Misc. 339.] In the Matter of the Final Accounting of Security Trust Company of Rochester, as Executor of William P. Barrows, Deceased, Respondent. Irene S. Barrows, Appellant; Sidney Backus, as Special Guardian for Suzanne H. Barrows, an Infant, et al., Respondents.— Decree insofar as appealed from affirmed, without costs of this appeal to any party. (See *Matter of Edwards*, 276 App. Div. 944.) All concur. (Appeal from part of a decree settling the accounts of an executor.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

Walter Lingnau, as Administrator of the Estate of Jennie Lingnau, Deceased, Respondent, v. L. M. S. Tool Die & Engraving, Inc., Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 284 App. Div. 836.]